Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

____Houston____ Division

United States Courts Southern
District of Texas
FILED

*January 12, 2023*

Nathan Ochsner, Clerk of Court

Nautica Christmas

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Experian Information Solutions

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ✓ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Nautica Christmas |
   | Street Address | 790 W Little York Road Apartment 3012 |
   | City and County | Houston, Harris County |
   | State and Zip Code | Texas 77091 |
   | Telephone Number | 713-865-3764 |
   | E-mail Address | nachristmas0@gmail.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name: Experian Information Solutions
    Job or Title (if known):
    Street Address: 701 Experian Pkwy
    City and County: Allen, Collin County
    State and Zip Code: Texas 75013
    Telephone Number: 888-397-3742
    E-mail Address (if known):

Defendant No. 2

    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 3

    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 4

    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question    [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

15 U.S Code 1681n ; 15 U.S Code 1681s-2

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation
    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On or around December of 2022, Plaintiff obtained her consumer report. Plaintiff contacted the defendant and informed the defendant that the defendant was reporting multiple accounts that were a result of identity theft. Plaintiff informed the defendant of the accounts which were LVNV FUNDING, VERIZON WIRELESS, AUSTIN CAPITAL BANK SS. Plaintiff informed the defendant someone has been and continues to use her identity since year of 2018. Plaintiff was informed to upload her police report to the defendant's portal. On or around December of 2022 plaintiff received a notification accounts were verified and updated. Claim #2 attached.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Deletion of each tradeline ,Court Cost, $7,500 loan denial a result of the inaccurate reporting, Plaintiff lost job due stressing and anxiety about consumer report. Plaintiff is requesting three months of her payroll which amount to $11,088. $1,000 15 U.S Code 1681s-2 for each reporting tradeline $1,000 for 15 U.S Code 1681n for each reporting tradeline.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 01/11/2023

Signature of Plaintiff

Printed Name of Plaintiff: Nautica Nicole Christmas

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Claim 2: On or around January of 2023 the plaintiff contacted the defendant on the defendant's online portal and disputed another account that resulted from identity theft Credit Collection Services/Xfinity Mobile on or around January 9,2023 the defendant notified the plaintiff Credit Collection Services/Xfinity was updated and verified. As a result of inaccurate reporting plaintiff has been turned down credit, and a damaged reputation with lenders. Plaintiff has also lost her job due to having to call off or not show due to being stressed and experiencing anxiety because of consumer report. Exhibit One: Picture of updated and verified information Exhibit two: Police report that was updated to portal.

Date Generated                                    **Dec 29, 2022**

---

### VERIZON WIRELESS

Account • 525945XXXXXXXX

↑ Verified and Updated

The information you disputed has been verified as accurate; however, information unrelated to your dispute has been updated. Please review your report for the details.

View Details >

---

### AUSTIN CAPITAL BANK SS

Account • 8A3111XXXX

↑ Verified and Updated

The information you disputed has been verified as accurate; however, information unrelated to your dispute has been updated. Please review your report for the details.

View Details >

---

### LVNV FUNDING LLC

Account •
444706XXXXXXXXXX

↑ Verified and Updated

1:40



Results

Report Number      3858-9470-47

Date Generated     Jan 9, 2023

**CREDIT COLLECTION SERV**
Account • 544020XX

 Updated

Information on this item has been updated. Please review your report for the details.

View Details >

Important info about your dispute results

What if I disagree with the outcome of this dispute?



**Contact the source of the information**

You may contact the entity that originated the information and dispute with them directly. This is usually the company that provided you the loan or other credit, but could also be a collection agency or government office. The contact details for the source of each item of information are listed in your credit report. View your Credit Report.

Add

A state
you thi
incom
copy o
busine
your st
or doc
review
enter t
dispute
menu

🔒 usa.experian.com

```
RALEIGH POLICE DEPT.            OFFENSE/INCIDENT REPORT                              Page: 1

CRIME(S) - CLASSIFICATION:              UCR:    DATE/TIME RPTD:   SHIFT:  BEAT:   COMPLAINT NO:
Fraud/ID Theft                          56C     11/18/22  10:23  01      110     P22062201

LOCATION OF CRIME:                              TYPE OF PREMIS:
3909 SUMMERWOOD CT

OFFENSE DAY(S):  DATE OF OFFENSE:        HRS OF OFFENSE:   OFFICER'S NAME:         CODE NO:
FRI TO FRI       06/01/18 TO 11/18/22    10:00 TO 11:30    GREENE                  2135

REPORTED BY:                    RACE:  SEX:  AGE:  ADDRESS:


"CODES" -->  S-STOLEN    R-RECOVERED    L-LOST    D-DAMAGED PROPERTY    F-FOUND PROPERTY

CODE:   QTY:  DESCRIPTION OF PROPERTY:                                           VALUE:
 1.S     1    PERSONAL INFORMATION/IDENTITY

                                        VALUE DAMAGED:   VALUE RECOVERED:   TOTAL VALUE STOLEN:


VICTIM(S) (LAST, FIRST, MI):   RACE:  SEX:  AGE:  ADDRESS:
V-CHRISTMAS, NAUTICA NICOLE    B      F     25    3909 SUMMERWOOD CT  RALEIGH, NC

PERSON(S) ARRESTED:       RACE:  SEX:  AGE:  HOME ADDRESS:           CHARGE:
```