United States District Court
Southern District of Texas
**ENTERED**
April 10, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| NAUTICA CHRISTMAS,<br>　　Plaintiff,<br><br>VS.<br><br>EXPERIAN INFORMATION<br>SOLUTIONS,<br>　　Defendant. | §<br>§<br>§<br>§   CIVIL ACTION NO. 4:23-CV-00130<br>§<br>§<br>§<br>§ |

## ORDER OF DISMISSAL

On April 10, 2023, the parties filed a Joint Stipulation of Dismissal with prejudice (Dkt. 11) pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Accordingly, it is hereby **ORDERED** that the above-captioned lawsuit is hereby **DISMISSED WITH PREJUDICE** to their being re-filed.

Each party shall bear its own attorneys' fees and costs.

SIGNED at Houston, Texas on April 10, 2023.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE